# United States District Court
for the
## Western District of Kentucky
### Louisville Division

**Sarah Naslund**, Plaintiff
6105 Park Rd.
Crestwood, KY 40014-9598

v.

**Nationstar Mortgage LLC**, Defendant

    Serve: Nationstar Mortgage LLC
    c/o CSC–Lawyers Incorporation Co.
    421 W. Main Street
    Frankfort, KY 40601

Case Number: 3:14-CV-33-H

## Complaint and Demand for Jury Trial

1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

2. Defendant Nationstar Mortgage LLC ("Nationstar") services a loan secured by Ms. Naslund's primary residence. Because the loan was in default, the previous servicer filed a foreclosure action against Plaintiff in Oldham Circuit Court, styled 12-CI-00692.

3. Defendant began servicing the loan after Plaintiff's alleged default.

4. Defendant knew that Plaintiff was represented by counsel.

5. Despite the prohibition in the FDCPA against contacting debtors who are represented by counsel, Defendant has contacted and attempted to contact debtor on a number of occasions.

### JURISDICTION

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

### PARTIES

7. Plaintiff, Sarah Naslund, is a natural person who resides in Oldham County, Kentucky. Ms. Naslund is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. §

1692a(3).

8. Defendant, Nationstar, is a foreign limited liability company, which is registered with the Kentucky Secretary of State, and is engaged in the business of servicing loans on behalf of creditors and collecting these debts from citizens of this Commonwealth. Nationstar's principal place of business is 350 Highland Drive, Lewisville, TX 75087.

9. Nationstar regularly collect or attempt to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

### Claim for Relief: Violation of the FDCPA

10. Plaintiff incorporates all previous allegations as though restated here in full.

11. On October 17, 2013, Nationstar contacted Plaintiff by leaving a door hanger on the Plaintiff's front door.

12. On October 21, 2013 Defendant again contacted Plaintiff by calling the Plaintiff's mother who serves as Plaintiff's power of attorney. Plaintiff's mother reminded Defendant that Plaintiff is represented by counsel and to direct all communications to Plaintiff's counsel.

13. On or about December 23, 2013 Defendant again placed a telephone call to Plaintiff's power of attorney and requested to speak with Plaintiff. Plaintiff's power of attorney reminded Defendant that Plaintiff is represented by counsel and to direct all communications to Plaintiff's counsel.

14. On January 13, 2014, Nationstar contacted Plaintiff by leaving another door hanger on the Plaintiff's front door.

15. The foregoing acts and omissions of Nationstar constitute violations of the FDCPA, including, but not limited to:

    A. Violation of 15 U.S.C. §1692c(a)(2): Nationstar contacted the Plaintiff when Nationstar knew that Plaintiff was represented by counsel.

-3-

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Sarah Naslund, requests that the Court grant the following relief:

1. Award Plaintiff actual damages;

2. Award Plaintiff statutory damages;

3. Award Plaintiff reasonable attorney's fees and costs; and

4. Such other relief as may be just and proper.

Respectfully submitted,

/s/ Ben Carter
**Ben Carter**
*Ben Carter Law PLLC*
Marion E. Taylor Building, 6th Floor
312 South Fourth Street
Louisville, KY 40202
Tel:    (502) 509-3231
Fax:    (502) 792-7511
ben@bencarterlaw.com
*Counsel for Sarah Naslund*